# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 16-5645-GW (JEM) | Date | January 30, 2017 |
|---|---|---|---|
| Title | JAIME NAVARRO v CAROLYN W COLVIN | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE PLAINTIFF'S FAILURE TO COMPLY WITH COURT'S ORDER**

On January 26, 2017, Defendant's filed "Defendant's Notice of Non-Receipt of Plaintiff's Initial Portion of Joint Stipulation and Declaration" ("Notice"). Plaintiff is directed to the Court's Case Management Order issued on August 4, 2016, that required plaintiff "to prepare and deliver to the AUSA a draft of plaintiff's portions of the Joint Stipulation," service of said portion was due twenty-eight days of the filing of the answer and service of the administrative record.

Accordingly, the Court ORDERS plaintiff to show cause in writing on or before **February 7, 2017**, why this action should not be dismissed for lack of prosecution. The Order to Show Cause will be submitted upon the filing of plaintiff's response. Plaintiff is advised that failure to file a response to this Order to Show Cause may result in the Court recommending that the case be dismissed for failure to prosecute pursuant to Federal Rules of Civil Procedure, Rules 4(l) and 4(m).

|  | : |
|---|---|
| Initials of Preparer | sa |